UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-22179-CIV-MORENO

LUCIEN ROZIER, and other similarly situated individuals,

    Plaintiff,

vs.

SNAPPERS PIER FIVE, INC.; And HALUK KOROGLU,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

Plaintiff filed the complaint on **August 22, 2007**. Federal Rule of Civil Procedure Rule 4(m) states that a defendant must be served within 120 days of the filing of the complaint. Plaintiff has not filed a Proof of Service upon any defendant, nor has Plaintiff indicated in any fashion that any defendant has been served. It its response to this Court's Show Cause Order, Plaintiff indicated his failure to serve either defendant after a "diligent search" for them in. It has now been more than 120 days since the filing of the complaint, and so Plaintiff is in violation of Fed. R. Civ. P. 4(m).

It is generally true where a district court *sua sponte* dismisses for failure to effect service during the 120 days, that court must give notice to the Plaintiff to ensure the ability to respond. *See e.g. Smith-Bey v. Cripe*, 852 F.2d 592 (1988). However, this Court finds that Plaintiff was on notice regarding this Court's concerns regarding service due to this Court's previous Show Cause Order. Moreover, Plaintiff's Response to that Show Cause order indicated that it had "failed" to accomplish service, and gave no indication that Plaintiff expected success in the future. Therefore, this Court

finds that Plaintiff was on appropriate notice regarding the potential dismissal of this case, and finds that no further notice is necessary.

Furthermore, Plaintiff has failed to comply with this Court's **September 11, 2007** Notice of Practice in FLSA Cases (**D.E. No. 3)** wherein this Court ordered that the Plaintiff file a short statement of claim setting forth certain information by **October 5, 2007**. As that Order advised, "Failure to Comply with this order may result in dismissal of the case without prejudice. *See* S.D. Fla. L.R. 16.1(B)(5); 16(M)." Plaintiff has neither complied with that Order, nor filed any explanation for such failure.

Therefore, it is **ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed.R.Civ.P. 41(a)(1)(i). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this _27_ day of December, 2007.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to: Counsel of Record